```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
KELLI LIDDANE,                                                      :
                                                                    :
                         Plaintiff,                                 :
                                                                    :       21-cv-10461 (LJL)
            -v-                                                     :
                                                                    :            ORDER
BANK OF AMERICA, N.A., BARCLAYS BANK                                :
DELAWARE                                                            :
                                                                    :
                         Defendants.                                :
                                                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/2/2022__

LEWIS J. LIMAN, United States District Judge:

      On February 25, 2022, the Court entered the parties' proposed Case Management Plan and Scheduling Order. Dkt. No. 37. On the order, the parties indicated that they consent to conducting all further proceedings before a United States Magistrate Judge. However, the parties also completed the remaining paragraphs. At the initial pre-trial conference on February 23, 2022, Plaintiff and Defendant Bank of America, N.A. indicated that they would like to be referred to a Magistrate Judge for settlement if initial settlement discussions between the parties did not resolve the case. The Court set a post-discovery status conference for August 26, 2022.

      It is hereby ORDERED that, if all parties consent, under 28 U.S.C. § 636(c), to proceed before the Magistrate Judge, they shall inform the clerk of court of that decision by no later than March 9, 2022, with a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, (the blank form for which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). All further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit.

      The parties are free to withhold consent without negative consequences.

      SO ORDERED.

Dated: March 2, 2022
       New York, New York                           _____
                                                              LEWIS J. LIMAN
                                                            United States District Judge