```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KELLI LIDDANE,                                                     :
                                                                   :
                              Plaintiff,                           :
                                                                   :    21-cv-10461 (LJL)
                  -v-                                              :
                                                                   :    ORDER
BANK OF AMERICA N.A., et al.,                                      :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2022

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notice of voluntary dismissal as to Defendant Experian Information Solutions, Inc., Dkt. No. 41, and stipulation of voluntary dismissal as to Defendant Bank of America N.A., Dkt. No. 40, both pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendants Bank of America N.A. and Experian Information Solutions, Inc., with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendants Bank of America N.A. and Experian Information Solutions.

SO ORDERED.

Dated: March 10, 2022
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge